| | | |
|---|---|---|
| ATTORNEY GRIEVANCE COMMISSION OF MARYLAND | * * * * | IN THE COURT OF APPEALS OF MARYLAND |
| v. | * * * | Misc. Docket AG No. 47 |
| JAMES KEVIN REED | * | September Term, 2019 |

## ORDER

UPON CONSIDERATION of the Joint Petition for Disbarment by Consent filed pursuant to Maryland Rule 19-736 by the Attorney Grievance Commission of Maryland and the Respondent, James Kevin Reed, wherein the Respondent acknowledges that sufficient evidence exists to establish he violated Maryland Attorneys' Rules of Professional Conduct (MARPC) 1.4 (Md. Rule 19-301.4), 1.15(a) & (d) (Md. Rule 19-301.15), 8.1(a) & (b) (Md. Rule 19-308.1) and 8.4(a)(b)(c) & (d) (Md. Rule 19-308.4), Maryland Rules 19-407(a) and 19-410, and § 10-306 of the Business Occupations and Professions Article of the Maryland Code, it is this 24th day of October, 2019,

ORDERED, by the Court of Appeals of Maryland, that James Kevin Reed, is hereby disbarred from the practice of law in the State of Maryland, effective immediately; and it is further

ORDERED, that the Clerk of this Court shall strike the name of James Kevin Reed from the register of attorneys in this Court, notify the Respondent of such action, and comply with the notice provisions of Maryland Rule 19-761(b).

/s/ Robert N. McDonald
Senior Judge